# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Pointwise Ventures LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Penney OpCo LLC,**<br><br>Defendant. | Case No. 2:24-cv-00811-JRG<br>(Lead Case)<br><br>Case No. 2:24-cv-00813-JRG<br>(Member Case)<br><br>Patent Case<br><br>Jury Trial Demanded |

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Plaintiff Pointwise Ventures LLC ("Pointwise") and Defendant Penney OpCo LLC ("Penney OpCo") (collectively, the "Parties") hereby file this Joint Motion to Extend the Stay of All Deadlines. All matters in controversy between the Parties have been settled in principle and, on September 11, 2025, the Parties jointly moved to stay all deadlines and provided notice of settlement (Dkt. 107). On September 26, 2025, this Court stayed the case until October 14, 2025 (Dkt. 110). The Parties respectfully and jointly request that the Court extend the stay of all case deadlines for twenty-eight (28) days to allow the Parties to finalize the settlement documents.

Plaintiff therefore respectfully requests that the Court grant this request to extend the stay of all deadlines in this matter by 28 days to November 11, 2025.

Dated: October 9, 2025                                  Respectfully submitted,

                                                        By: */s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
773-669-4590
isaac@rabilaw.com

**COUNSEL FOR PLAINTIFF POINTWISE VENTURES, LLC**


By: */s/ Blake T. Dietrich*
Blake T. Dietrich
State Bar No. 24087420
bdietrich@jw.com
**Jackson Walker LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

Melissa Samano Ruiz
State Bar No. 24128097
mruiz@jw.com
**Jackson Walker LLP**
100 Congress Avenue, Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 236-2002 – Fax

**COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF PENNEY OPCO LLC**

2

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Penney OpCo met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

/s/ *Blake T. Dietrich*
Blake T. Dietrich

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all counsel of record on October 9, 2025 via the Court's CM/ECF system.

/s/ *Blake T. Dietrich*
Blake T. Dietrich