# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Pointwise Ventures LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Penney OpCo LLC,**<br><br>Defendant. | Case No. 2:24-cv-00811-JRG<br>(Lead Case)<br><br>Case No. 2:24-cv-00813-JRG<br>(Member Case)<br><br>Patent Case<br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Before the Court is the Parties Joint Motion to Extend Stay of All Deadlines. The Court, having considered the motion, is of the opinion that the motion should be **GRANTED**.

It is therefore **ORDERED** that all deadlines in this matter are hereby stayed until November 11, 2025.